No. 72–1400. CARTER-WALLACE, INC. *v.* OTTE, TRUSTEE IN BANKRUPTCY. C. A. 2d Cir. Certiorari denied.

No. 72–5496. BRUMLEY ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 72–5691. YOUNG *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 72–5776. SPROSS *v.* CRAVEN, WARDEN. Sup. Ct. Cal. Certiorari denied.

No. 72–6288. JONES *v.* SWENSON, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 72–6321. ROJAS *v.* ARIZONA ET AL. C. A. 9th Cir. Certiorari denied.

No. 72–6322. MEYER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–6358. GRANGER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 72–6388. MARTIN *v.* ADMINISTRATOR OF VETERANS' AFFAIRS. C. A. D. C. Cir. Certiorari denied.

No. 72–6398. ALLEN *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 72–6400. BURROUGHS *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 72–6402. LEMONS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 72–6411. TUCKER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 72–6418. TREXLER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.